1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   Amanda Seabock, Esq., SBN 289900
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
6  AmandaS@potterhandy.com
   Attorneys for Plaintiff
7
   Leah Saffian, Attorney (SBN 121796)
8  LAW OFFICES OF LEAH SAFFIAN
   15206 Ventura Blvd #306
9  Sherman Oaks CA 91403
10 Attorney for Defendants
   Leonardo Cordola; Carmela Cordola and Humberto
11 Reynoso

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GARY SCHERER, | Case No.: 2:19-CV-02826-PSG-KS |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |
| v. | |
| LEONARDO CORDOLA, in individual and representative capacity as trustee of the Cordola Family Trust, under Declaration of the Trust dated July 6, 1995; CARMELA CORDOLA, in individual and representative capacity as trustee of the Cordola Family Trust, under Declaration of the Trust dated July 6, 1995; HUMBERTO REYNOSO; and Does 1-10, | |
| Defendants. | |

1 | Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
2 | parties hereto that this action may be dismissed with prejudice as to all parties; each
3 | party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the
4 | matter has been resolved to the satisfaction of all parties.

6 | Dated: October 2, 2020           CENTER FOR DISABILITY ACCESS

8 |                                  By: /s/ Amanda Seabock
                                         Amanda Seabock
9 |                                       Attorneys for Plaintiff

11 | Dated:                           LAW OFFICES OF LEAH SAFFIAN

13 |                                  By: _____
14 |                                       Leah Saffian
                                          Attorney for Defendants
15 |                                       Leonardo Cordola; Carmela Cordola and
                                          Humberto Reynoso

Dated: October 2, 2020     LAW OFFICES OF LEAH SAFFIAN

By: /s/ Leah Saffian
Leah Saffian
Attorney for Defendants
Leonardo Cordola; Carmela Cordola and
Humberto Reynoso

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Leah Saffian, counsel for Leonardo Cordola; Carmela Cordola and Humberto Reynoso, and that I have obtained authorization to affix her electronic signature to this document.

Dated:     CENTER FOR DISABILITY ACCESS

By: _____
Amanda Seabock
Attorneys for Plaintiff