CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

Leah Saffian, Attorney (SBN 121796)
LAW OFFICES OF LEAH SAFFIAN
15206 Ventura Blvd #306
Sherman Oaks CA 91403
Attorney for Defendants
Leonardo Cordola; Carmela Cordola and Humberto Reynoso

FILED
CLERK, U.S. DISTRICT COURT
10/05/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SCHERER, <br><br>  Plaintiff, <br> v. <br><br> LEONARDO CORDOLA, in individual and representative capacity as trustee of the Cordola Family Trust, under Declaration of the Trust dated July 6, 1995; CARMELA CORDOLA, in individual and representative capacity as trustee of the Cordola Family Trust, under Declaration of the Trust dated July 6, 1995; HUMBERTO REYNOSO; and Does 1-10, <br><br>  Defendants. | Case No.: 2:19-CV-02826-PSG-KS <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** ; ORDER |

1  Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
2  parties hereto that this action may be dismissed with prejudice as to all parties; each
3  party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the
4  matter has been resolved to the satisfaction of all parties.

6  Dated: October 2, 2020          CENTER FOR DISABILITY ACCESS

8                                   By: /s/ Amanda Seabock
                                         Amanda Seabock
9                                        Attorneys for Plaintiff

11
12  Dated:                          LAW OFFICES OF LEAH SAFFIAN

14                                   By: _____
                                         Leah Saffian
15                                       Attorney for Defendants
                                         Leonardo Cordola; Carmela Cordola and
16                                       Humberto Reynoso

Dated: October 2, 2020     LAW OFFICES OF LEAH SAFFIAN

By: *[signature]*
Leah Saffian
Attorney for Defendants
Leonardo Cordola; Carmela Cordola and
Humberto Reynoso

**IT IS SO ORDERED.**

DATED: 10/05/2020

*[signature]*

**U.S. DISTRICT JUDGE**

### SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Leah Saffian, counsel for Leonardo Cordola; Carmela Cordola and Humberto Reynoso, and that I have obtained authorization to affix her electronic signature to this document.

Dated:     CENTER FOR DISABILITY ACCESS

By: _____
Amanda Seabock
Attorneys for Plaintiff

Joint Stipulation    -3-           2:19-CV-02826-PSG-KS